UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 25-11994 PA (RAOx) | Date | April 2, 2026 |
|---|---|---|---|
| Title | Cecy Santos Sanchez v. Joseph B. Edlow | | |

Present: The Honorable    PERCY ANDERSON, UNITED STATES DISTRICT JUDGE

| Kamilla Sali-Suleyman | Not Reported | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter | Tape No. |

Attorneys Present for Plaintiffs:               Attorneys Present for Defendants:

**Proceedings:**          IN CHAMBERS ORDER: ORDER TO SHOW CAUSE

The Court has reviewed the Proof of Service (Docket No. 8) filed in response to the Court's March 27, 2026 Order to Show Cause (Docket No 7.)  Based on that review, it appears that plaintiff Cecy Santos Sanchez ("Plaintiff") who is represented by counsel, has not properly served defendant Joseph B. Edlow (in official capacity as Director of United States Citizenship Services ("USCIS")) ("Defendant") in accordance with Federal Rule of Civil Procedure 4(i)(2) or within the deadline established by Federal Rule of Civil Procedure 4(m).

Plaintiff has filed a Proof of Service indicating service of the complaint by federal express.  (Docket No. 8 at p. 1.)  Fed. R. Civ. P. 4(i)(1)(A)(ii) and (i)(2), however, require service by registered or certified mail.  See Lietz v. Drug Enf't Admin., No. 23-35603, 2025 WL 289169, at *1 (9th Cir. Jan. 24, 2025) ("Thus, under Magnuson, Federal Express is not "registered or certified mail" under Rule 4(i)(1).") (citing Magnuson v. Video Yesteryear, 85 F.3d 1424, 1427 (9th Cir. 1996)).  Nor has Plaintiff filed a Proof of Service establishing service by registered or certified mail on the United States Attorney for the Central District of California or the Attorney General.  See Fed. R. Civ. P. 4(i)(1)(A) (requiring that to serve the United States, a plaintiff send, by registered or certified mail, a copy of the summons and complaint to the civil process clerk of the United States Attorney's office and also to the Attorney General); see also Fed. R. Civ. P. 4(i)(2) (requiring service on the United States in addition to service on the agency for an individual defendant sued in an official capacity).

The Court therefore concludes that Plaintiff has not adequately responded to the Court's March 27, 2026 Order to Show Cause.  The Court extends the deadline for Plaintiff to file an adequate response to the Order to Show Cause to April 15, 2026.  Failure to timely or adequately respond to the Order to Show Cause by April 15, 2026 may result in the dismissal of this action without further warning.  The Court will consider the filing of Proofs of Service that comply in all respects with Rule 4(i)'s requirements for service of an agency or employee sued in an official capacity and of the United States a sufficient response to the Order to Show Cause.

IT IS SO ORDERED.