**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CECY SANTOS SANCHEZ, | Case No. CV 25-11994 PA (RAOx) |
| Plaintiff, | JUDGMENT OF DISMISSAL |
| v. | |
| JOSEPH B. EDLOW, | |
| Defendants. | |

In accordance with the Court's April 17, 2026 Minute Order dismissing this action pursuant to Federal Rule Civil Procedure 4(m) and for failure to prosecute,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the action is dismissed without prejudice.

DATED: April 17, 2026

_____
Percy Anderson
UNITED STATES DISTRICT JUDGE